**SEYFARTH SHAW LLP**
Timothy M. Rusche (SBN: 200236)
*trusche@seyfarth.com*
333 S. Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

SEYFARTH SHAW LLP
Jinouth D. Vasquez Santos (SBN 299056)
jvasquezsantos@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
QUADRIGA AMERICAS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SOPHINOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QUADRIGA WORLDWIDE LTD.; QUADRIGA AMERICAS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-1273<br><br>**DEFENDANT QUADRIGA AMERICAS, LLC'S NOTICE OF RELATED CASES**<br><br>[*Filed concurrently with Notice of Removal; Declaration of Timothy M. Rusche, Disclosure Statement, Notice of Interested Parties*]<br><br>Complaint Filed: December 21, 2015 |

1
NOTICE OF RELATED CASES

24500792v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Please take notice that Defendant Quadriga Americas, LLC (erroneously sued as "Quadriga Americas") ("Defendant"), submits this Notice of Related Cases, pursuant to Central District Local Rule 83-1.3.  Defendant's representations made in this Notice are solely for the purpose of complying with Local Rule 83-1.3.

Defendant is unaware of any action previously filed or currently pending in the United States District Court for the Central District of California that is related to the this case.

DATED: February 24, 2016            SEYFARTH SHAW LLP


By:  */s/Timothy M. Rusche*
    Timothy M. Rusche
    Jinouth D. Vasquez Santos
    Attorneys for Defendants
QUADRIGA AMERICAS, LLC (erroneously sued as Quadriga Americas)