1
2
3
4

**SEYFARTH SHAW LLP**
Timothy M. Rusche (SBN: 200236)
*trusche@seyfarth.com*
333 S. Hope Street, Suite 3900
Los Angeles, California 90071
Telephone:  (213) 270-9600
Facsimile:  (213) 270-9601

5
6
7
8

SEYFARTH SHAW LLP
Jinouth D. Vasquez Santos (SBN 299056)
jvasquezsantos@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

9
10

Attorneys for Defendant
QUADRIGA AMERICAS, LLC
(erroneously sued as Quadriga Americas)

11

12

13

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

15

16

17

18

19

20

21

22

| | |
|---|---|
| CHRISTOPHER SOPHINOS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> QUADRIGA WORLDWIDE LTD.; QUADRIGA AMERICAS, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.:   2:16-cv-1273 <br><br> **DECLARATION OF TIMOTHY M. RUSCHE IN SUPPORT OF REMOVAL** <br><br> [*Filed concurrently with Notice of Removal; Declaration of James G. Naro; Disclosure Statement; Notice of Interested Parties; and Notice of Related Cases*] <br><br> Complaint Filed:  December 21, 2015 |

23

24

25

26

27

28

1

DECLARATION OF TIMOTHY M. RUSCHE

I, Timothy M. Rusche, declare as follows:

1.      I am an attorney duly licensed to practice before this Court and all other courts in California.  I am a partner with the law firm of Seyfarth Shaw LLP, counsel of record for Defendant Quadriga Americas, LLC ("Quadriga Americas") (erroneously sued as Quadriga Americas). I have personal knowledge of the facts set forth in this declaration and would and could competently testify thereto if called upon to do so.

2.      On January 25, 2016, Quadriga Americas received a letter from Plaintiff enclosing a Notice and Acknowledgement form and a copy of the Summons and Complaint. Attached as  Exhibit "A" is a true and correct copy of the Summons and Complaint received by Quadriga Americas.

3.      On February 10, 2016, Quadriga Americas accepted service of the Summons and Complaint by way of an Acknowledgment of Receipt. Attached as Exhibit "B" is a true and correct copy of the Acknowledgment of Receipt executed by Quadriga Americas.

4.      Attached as Exhibit "C" is a true and correct copy of  excerpts of records retrieved from a title search that reveals Plaintiff's continual California property ownership.

5.      Attached as Exhibit "D" is a true and correct copy of  the state court Civil Case Coversheet that was served on Quadriga Americas.

6.      Attached as Exhibit "E" is a true and correct copy of  the Notice of Case Management Conference that was served on Quadriga Americas.

7.      Attached as Exhibit "F" is a true and correct copy of the Order to Show Cause Hearing that was scheduled by the state court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2016, at Los Angeles, California.

_____
TIMOTHY M. RUSCHE

2

DECLARATION OF TIMOTHY M. RUSCHE

24256242v.2