**SEYFARTH SHAW LLP**
Timothy M. Rusche (SBN: 200236)
*trusche@seyfarth.com*
333 S. Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile:  (213) 270-9601

**SEYFARTH SHAW LLP**
Jinouth D. Vasquez Santos (SBN 299056)
*jvasquezsantos@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant
QUADRIGA AMERICAS, LLC
(erroneously sued as Quadriga Americas)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SOPHINOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QUADRIGA WORLDWIDE LTD.; QUADRIGA AMERICAS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:16-cv-01273<br><br>Hon. Michael W. Fitzgerald<br>Crtm 1600<br><br>**NOTICE OF COMPLIANCE WITH 28 U.S.C. §1446(d)**<br><br>Complaint Filed: December 21, 2015 |

1
NOTICE OF COMPLIANCE

24892060v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 25, 2016, Defendant QUADRIGA AMERICAS, LLC (erroneously sued as Quadriga Americas) ("Defendant") filed with the Superior Court in the State of California, County of Los Angeles, its Notice to the State Court of Removal of the above-captioned action, in compliance with 28 U.S.C. Section 1446(d). Promptly after the filing, Defendant also gave written notice to all adverse parties. A true and correct copy of the Notice to State Court and to Adverse Party of Removal to Federal Court is attached hereto, without exhibits, as Exhibit A.

DATED: February 29, 2016                    SEYFARTH SHAW LLP

                                            By: */s/ Timothy M. Rusche*
                                                Timothy M. Rusche
                                                Jinouth D. Vasquez Santos
                                                Attorneys for Defendant
                                            QUADRIGA AMERICAS, LLC
                                            (erroneously sued as Quadriga Americas)

# EXHIBIT A

1  **SEYFARTH SHAW LLP**
   Timothy M. Rusche (SBN: 200236)
2  *trusche@seyfarth.com*
   333 S. Hope Street, Suite 3900
3  Los Angeles, California 90071
   Telephone: (213) 270-9600
4  Facsimile: (213) 270-9601

5  **SEYFARTH SHAW LLP**
   2029 Century Park East, Suite 3500
6  Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
7  Facsimile: (310) 201-5219
   Jinouth D. Vasquez Santos (SBN 299056)
8  jvasquezsantos@seyfarth.com

9  Attorneys for Defendants
   QUADRIGA WORLDWIDE LTD.;
10 QUADRIGA AMERICAS

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

FEB 25 2016

Sherri R. Carter, Executive Officer/Clerk
By Cristina Grijalva, Deputy

## SUPERIOR COURT OF THE STATE CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| CHRISTOPHER SOPHINOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QUADRIGA WORLDWIDE LTD.; QUADRIGA AMERICAS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: BC 605033<br><br>**NOTICE TO THE COURT AND TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**<br><br>Complaint Filed: December 21, 2015 |

1

NOTICE TO COURT AND TO PLAINTIFF OF REMOVAL OF CIVIL ACTION
TO THE UNITED STATES DISTRICT COURT

24256021v.1

**TO THE COURT AND TO PLAINTIFF CHRISTOPHER SOPHINOS AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 24, 2016, Defendant Quadriga Americas LLC (erroneously sued as Quadriga Americas) filed a Notice of Removal with the Clerk of the United States District Court for the Central District of California removing this action to that Court, pursuant to 28 U.S.C. Sections 1332, 1441 and 1446. A true and correct copy of that Notice of Removal without exhibits is attached hereto as Exhibit "A."

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. Section 1446, the filing of the Notice of Removal in the United States District Court effectuates the removal of this action. Accordingly, no further proceedings should take place in this Court unless and until the case has been remanded.

DATED: February 25, 2016

SEYFARTH SHAW LLP

By _____
  Timothy M. Rusche
  Jinouth D. Vasquez Santos
  Attorneys for Defendants
  QUADRIGA AMERICAS LLC
  (erroneously sued as Quadriga Americas)

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 333 South Hope Street, Suite 3900, Los Angeles, California 90071. On February 25, 2016, I served the within documents:

**NOTICE TO THE COURT AND TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**

- [x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- [ ] by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

- [ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- [ ] by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Patricio T. D. Barrera
BARRERA & ASSOCIATES
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266
Tel: 310.802.1500
Fax: 310.802.0500

*Attorneys for Plaintiff*
*Christopher Sophinos*

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on February 25, 2016, at Los Angeles, California.

_____
Elsa Terre