# EXHIBIT A

# REDACTED

| | |
|---|---|
| **From:** | Pat Barrera <barrera@baattorneys.com> |
| **Sent:** | Friday, June 03, 2016 12:50 PM |
| **To:** | Rusche, Tim; 'Employment Filing Team'; Vasquez Santos, Jinouth |
| **Cc:** | 'Lisa J. Flegenheimer' |
| **Subject:** | RE: Sophinos v. Quadriga Arbitration |

We're relying on the court's order, *Armendariz,* AAA's rules for handling CA employment discrimination and retaliation cases, and governing principles of California law which provides that the employer must pay all costs unique to the arbitration.   I need to hear from you on or before June 10, 2016 with confirmation that Quadriga has paid the arbitration fees; otherwise, Plaintiff intends to file an ex parte application with the court the following week and will seek relief from the court's order on the grounds of fraud, duress, and procedural and substantive unconscionability.

Patricio T.D. Barrera, a P.C.

Barrera & Associates

1500 Rosecrans Avenue, Suite 500

Manhattan Beach, CA 90266

Tel:  310.802.1500

Fax: 310.802.0500

www.BAattorneys.com

email: barrera@BAattorneys.com

Confidentiality Note: This e-mail is intended only for the person to which it is addressed and may contain information that is privileged, confidential and protected from disclosure.  Distribution or copying of this e-mail by anyone other than the intended recipient is prohibited.  If you have received this e-mail in error, please call Barrera & Associates, at 310.802.1500, and destroy the original message and all copies.  Thank you.



1

**From:** Rusche, Tim [mailto:TRusche@seyfarth.com]
**Sent:** Friday, June 03, 2016 12:22 PM
**To:** 'Pat Barrera'; 'Employment Filing Team'; Vasquez Santos, Jinouth
**Cc:** 'Lisa J. Flegenheimer'
**Subject:** RE: Sophinos v. Quadriga Arbitration

I do not know what you are referring to. I do not have a letter indicating that the employer must pay the fees, other than one noting your position that Quadriga must pay the fees. We have a single letter dated May 19 and I am not aware of a letter with a June 10 deadline. If you have other letters, I would appreciate it if you would forward them to me or (or re-send them).

In the meantime, as promised, I will reach out to Quadriga to understand its position on this issue.

Thanks,

Tim

**Timothy Rusche** | Seyfarth Shaw LLP
333 S. Hope Street |  Suite 3900 | Los Angeles, California 90071-1406
Direct: +1-213-270-9662 | Fax: +1-310-551-8303
trusche@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Pat Barrera [mailto:barrera@baattorneys.com]
**Sent:** Friday, June 03, 2016 12:13 PM
**To:** 'Employment Filing Team'; Rusche, Tim; Vasquez Santos, Jinouth
**Cc:** 'Lisa J. Flegenheimer'
**Subject:** RE: Sophinos v. Quadriga Arbitration

As set forth in the 3rd paragraph in AAA's letter, which is a duplicate of AAA's prior letter, the filing fee should be paid by the employer defendant.   Neither AAA nor anyone else has ever determined that Mr. Sophinos is to pay the fee.   All rights are reserved if the Quadriga defendants do not make timely payment by the extended deadline of June 10, 2016.

Patricio T.D. Barrera, a P.C.

Barrera & Associates

1500 Rosecrans Avenue, Suite 500

Manhattan Beach, CA 90266

Tel:  310.802.1500

Fax: 310.802.0500

www.BAattorneys.com

email: barrera@BAattorneys.com

Confidentiality Note: This e-mail is intended only for the person to which it is addressed and may contain information that is privileged, confidential and protected from disclosure.  Distribution or copying of this e-mail by anyone other than the intended recipient is prohibited.  If you have received this e-mail in error, please call Barrera & Associates, at 310.802.1500, and destroy the original message and all copies.  Thank you.



**From:** Employment Filing Team [mailto:EmploymentFiling@adr.org]
**Sent:** Friday, June 03, 2016 12:08 PM
**To:** Rusche, Tim; 'Pat Barrera'; Vasquez Santos, Jinouth
**Cc:** Lisa J. Flegenheimer
**Subject:** RE: Sophinos v. Quadriga Arbitration

Good Afternoon,

Please see the attached letter. We ask that the filing fee be remitted by Friday, June 10.

Thank you



**Employment Filing Team**

American Arbitration Association

T: 856 679 4610  E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
www.adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Rusche, Tim [mailto:TRusche@seyfarth.com]
**Sent:** Friday, June 03, 2016 2:20 PM
**To:** 'Pat Barrera'; Vasquez Santos, Jinouth
**Cc:** Employment Filing Team; Lisa J. Flegenheimer
**Subject:** RE: Sophinos v. Quadriga Arbitration

Dear Pat,

I had understood that the AAA determined Mr. Sophinos was to pay fees. Please give me an opportunity to touch base with Quadriga to learns its position on this issue. I will get back to you soon.

Tim

**Timothy Rusche** | Seyfarth Shaw LLP
333 S. Hope Street |  Suite 3900 | Los Angeles, California 90071-1406
Direct: +1-213-270-9662 | Fax: +1-310-551-8303
trusche@seyfarth.com | www.seyfarth.com

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Pat Barrera [mailto:barrera@baattorneys.com]
**Sent:** Thursday, June 02, 2016 12:16 PM
**To:** Rusche, Tim; Vasquez Santos, Jinouth
**Cc:** employmentfiling@adr.org; Lisa J. Flegenheimer
**Subject:** Sophinos v. Quadriga Arbitration

Dear Counsel,

AAA has informed us that your client has not paid the required fees that were due earlier this week.   Please have this payment made asap to avoid us having to go back into court to request that the court reconsider its order compelling arbitration.

Patricio T.D. Barrera, a P.C.

Barrera & Associates

1500 Rosecrans Avenue, Suite 500

Manhattan Beach, CA 90266

Tel:  310.802.1500

Fax: 310.802.0500

www.BAattorneys.com

email: barrera@BAattorneys.com

Confidentiality Note: This e-mail is intended only for the person to which it is addressed and may contain information that is privileged, confidential and protected from disclosure.  Distribution or copying of this e-mail by anyone other than the intended recipient is prohibited.  If you have received this e-mail in error, please call Barrera & Associates, at 310.802.1500, and destroy the original message and all copies.  Thank you.

5



# EXHIBIT B

## REDACTED

| | |
|---|---|
| **From:** | Rusche, Tim |
| **Sent:** | Thursday, June 09, 2016 11:38 AM |
| **To:** | 'Pat Barrera' |
| **Cc:** | Vasquez Santos, Jinouth |
| **Subject:** | RE: Sophinos v. Quadriga Arbitration |

That is your prerogative, Pat, but we of course disagree with your description below. I simply urge you to review the authority in our reply brief first, as you are off the mark on your analysis. There would be no delay if Mr. Sophinos would simply live up to his contractual obligation.

Kind regards,

Tim


**Timothy Rusche**
Los Angeles - Downtown | Ext 809662 (+1-213-270-9662)
trusche@seyfarth.com

**From:** Pat Barrera [mailto:barrera@baattorneys.com]
**Sent:** Thursday, June 09, 2016 11:29 AM
**To:** Rusche, Tim
**Cc:** Vasquez Santos, Jinouth
**Subject:** RE: Sophinos v. Quadriga Arbitration


Tim – It is very obvious that you and your client are continuing your tactic of delaying the resolution of this dispute.   You have always taken longer than reasonable to respond to my communications about this case and you failed to provide a meaningful response to our pre-litigation efforts to resolve this dispute.  Your client took longer than necessary to raise the arbitration provision and is now unwilling to pay for the arbitration that it sought.    Inasmuch as my client is coming up on the one-year anniversary of his exercise of contractual rights and the subsequent retaliatory termination, time is indeed of the essence.   We will promptly make the ex parte application to the court.



Patricio T.D. Barrera, a P.C.

Barrera & Associates

1500 Rosecrans Avenue, Suite 500

Manhattan Beach, CA 90266

Tel:  310.802.1500

Fax: 310.802.0500

www.BAattorneys.com

1

email: barrera@BAattorneys.com

Confidentiality Note: This e-mail is intended only for the person to which it is addressed and may contain information that is privileged, confidential and protected from disclosure. Distribution or copying of this e-mail by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please call Barrera & Associates, at 310.802.1500, and destroy the original message and all copies. Thank you.



**From:** Rusche, Tim [mailto:TRusche@seyfarth.com]
**Sent:** Thursday, June 09, 2016 11:14 AM
**To:** 'Pat Barrera'
**Cc:** Vasquez Santos, Jinouth
**Subject:** RE: Sophinos v. Quadriga Arbitration

Dear Pat,

Thank you for giving us an opportunity to explore this issue with our client. The law is a bit different than you describe below. As we explained in detail in our reply brief, *Armendariz*'s "fairness" requirement that employers pay arbitration fees only applies to statutory claims. It does not apply to breach of contract and tort claims, which are the main thrust of Mr. Sophinos's lawsuit. Regardless, we do not believe that requirement applies to Ms. Sophinos's Section 1102.5 claim because the allegations do not amount to an actual violation of that statute. More importantly, even if they did, the FAA provides that the arbitrable claims be sent to arbitration (e.g., the contract claims) while the retaliation claims remain in court, though stayed pending completion of the arbitration. Again, the authority for this is in our reply brief.

Accordingly, while we disagree that the Section 1102.5 claim is subject to *Armendariz*, in the interest of moving this case forward, we would stipulate that (i) Mr. Sophinos pay the arbitration fee for the contract claims per the arbitration rules, and (ii) the retaliation claim can return to court and be stayed pending completion of the arbitration.

If this is not agreeable, we unfortunately will need to oppose any application you make to the court and we will not agree that any of the claims can remain in court. As for an *ex parte*, this hardly seems the type of motion that is appropriate for *ex parte* relief, as there is no urgency.

2

Please let me know if you would like to discuss.


Regards,


Tim



**Timothy Rusche** | Seyfarth Shaw LLP
333 S. Hope Street |  Suite 3900 | Los Angeles, California 90071-1406
Direct: +1-213-270-9662 | Fax: +1-310-551-8303
trusche@seyfarth.com | www.seyfarth.com


SEYFARTH
SHAW

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

# EXHIBIT C

INTERNATIONAL CENTRE
FOR DISPUTE RESOLUTION⁵ | AMERICAN
ARBITRATION
ASSOCIATION®

1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
Telephone: (856) 435-6401

May 19, 2016

Patricio T. D. Barrera, Esq.
Barrera & Associates
1500 Rosecrans Avenue
Suite 500
Manhattan Beach, CA 90266
Via Email to: barrera@baattorneys.com

Timothy M. Rusche, Esq.
Seyfarth Shaw LLP
333 South Hope Street
Suite 3900
Los Angeles, CA 90071
Via Email to: trusche@seyfarth.com

Case Number: 01-16-0001-8143

Christopher Sophinos
-vs-
Quadriga Worldwide, Ltd. and Quadriga Americas

Dear Parties:

We are in receipt of a demand for arbitration between the above-referenced parties.  This matter will be
administered under the Employment Arbitration Rules, a copy of which can be found on our website,
www.adr.org.

Upon review of the documents submitted in the above-referenced matter, the American Arbitration Association
("AAA") has determined that this dispute arises from an individually-negotiated employment agreement and it
will apply the fee schedule for disputes arising out of individually-negotiated employment agreements.

The applicable filing fee for a claim of $350,000 is $4,000. The claimant has stated that the respondent is required
to pay the initial filing fee. If the respondent is in agreement, we request the balance of the filing fee in the amount
of $4,000 by May 31, 2016.

In calculating the filing fee, the AAA does not include damages imposed by statute, interest, fees, costs, or
punitive/exemplary damages in the claim amount. If the claim amount previously stated includes any of these
items, please notify the AAA and the respondent in writing as to the amount of these items so that the filing fee
may be recalculated.

Payment may be submitted via check, money order, or credit card. Money orders and checks should be made
payable to the American Arbitration Association and sent to Case Filing Services, 1101 Laurel Oak Road, Suite
100, Voorhees, NJ 08108. To pay by credit card, please submit the attached credit card authorization form. We
cannot accept credit card payments over the phone. When submitting payment, please reference the above case
number to ensure that payment is properly applied.

Please note: no answering statement or counterclaim is due at this time.  Upon satisfaction of the filing

requirements, the AAA will notify the parties of the response deadlines.

If you have any questions, please email the Employment Filing Team at EmploymentFiling@adr.org and we will be happy to assist you.

Sincerely,

Employment Filing Team
EmploymentFiling@adr.org
856-679-4610

# EXHIBIT D

# Employment

## Arbitration Rules and Mediation Procedures



AMERICAN ARBITRATION ASSOCIATION®

Available online at adr.org/employment

Rules Amended and Effective November 1, 2009
Fee Schedule Amended and Effective March 1, 2016

## Regional Vice Presidents and Directors

**States: Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania, West Virginia**
Kenneth Egger
Vice President
Phone: 215.731.2281
Email: EggerK@adr.org

**States: Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, Oregon, Utah, Washington, Wyoming**
John English
Vice President
Phone: 619.239.3051
Email: EnglishJ@adr.org

**States: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Tennessee, Wisconsin**
Jan Holdinski
Vice President
Phone: 248.352.5509
Email: HoldinskiJ@adr.org

**States: Connecticut, Maine, Massachusetts, New Hampshire, New York, Vermont**
Ann Lesser, Esq.
Vice President
Phone: 212.484.4084
Email: LesserA@adr.org

**States: Alabama, Arkansas, Florida, Georgia, Mississippi, North Carolina, South Carolina, Virginia**
Charles Dorsey
Director
Phone: 866.686.6024
Email: DorseyC@adr.org

**States: Rhode Island**
Heather Santo
Director
Phone: 866.293.4053
Email: SantoH@adr.org

**States: Louisiana, New Mexico, Oklahoma, Texas**
Patrick Tatum
Vice President
Phone: 559.490.1905
Email: TatumP@adr.org

## Case Management Directors

Charles Dorsey
Director
Phone: 866.686.6024
Email: DorseyC@adr.org
**Administers cases in FL, GA**

Heather Santo
Director
Phone: 866.293.4053
Email: SantoH@adr.org
**Administers cases in AL, CT, DE, DC, IN, KY, ME, MD, MA, MI, NH, NJ, NY, NC, OH, PA, RI, SC, TN, VT, VA, WV**

Patrick Tatum
Vice President
Phone: 559.490.1905
Email: TatumP@adr.org
**Administers cases in AK, AZ, AR, CA, CO, HI, ID, IL, IA, KS, LA, MN, MS, MO, MT, NE, NV, NM, ND, OK, OR, SD, TX, UT, WA, WI, WY**

A fee of $250 is payable by a party causing a postponement of any hearing scheduled before a multi-arbitrator panel.

(iv) Hearing Room Rental

The hearing fees described above do not cover the rental of hearing rooms. The AAA maintains hearing rooms in most offices for the convenience of the parties. Check with the administrator for availability and rates. Hearing room rental fees will be borne by the employer.

(v) Abeyance Fee

Parties on cases held in abeyance for one year will be assessed an annual abeyance fee of $300. A case may only be held in abeyance after the initial filing fees have been paid. If a party refuses to pay the assessed fee, the other party or parties may pay the entire fee on behalf of all parties, otherwise the matter will be administratively closed.

(vi) Expenses

All expenses of the arbitrator, including required travel and other expenses, and any AAA expenses, as well as the costs relating to proof and witnesses produced at the direction of the arbitrator, shall be borne by the employer.

## For Disputes Arising Out of Individually-Negotiated Employment Agreements and Contracts:

The AAA's Fee Schedule, as modified below, will apply to disputes arising out of individually-negotiated employment agreements and contracts, even if such agreements and contracts reference or incorporate an employer plan. Arbitrator compensation is not included as part of the administrative fees charged by the AAA. Arbitrator compensation is based on the most recent biography sent to the parties prior to appointment.

## Administrative Fee Schedules (Standard and Flexible Fee)

The AAA offers parties two options for the payment of administrative fees.

**Standard Fee Schedule:** A two-payment schedule that provides for somewhat higher initial filing fees, but lower overall administrative fees for cases that proceed to a hearing.

**Flexible Fee Schedule:** A three-payment schedule that provides for lower initial filing fee, and then spreads subsequent payments out over the course of the arbitration. Total administrative fees will be somewhat higher for cases that proceed to a hearing.

For both schedules, administrative fees are based on the amount of the claim or counterclaim and are to be paid by the party bringing the claim or counterclaim at the time the demand or claim is filed with the AAA. Arbitrator compensation is not included in either schedule. Unless the parties' agreement provides otherwise, arbitrator compensation and administrative fees are subject to allocation by an arbitrator in an award.

The Standard Fee Schedule begins on the next page.

Standard Fee Schedule

| Amount of Claim | Initial Filing Fee | Final Fee |
|---|---|---|
| Up to $75,000 | $750 | $800 |
| > $75,000 to $150,000 | $1,750 | $1,250 |
| > $150,000 to $300,000 | $2,650 | $2,000 |
| > $300,000 to $500,000 | $4,000 | $3,500 |
| > $500,000 to $1,000,000 | $5,000 | $6,200 |
| > $1,000,000 to $10,000,000 | $7,000 | $7,700 |
| > $10,000,000 | $10,000 plus .01% of the claim amount above $10,000,000 up to $65,000 | $12,500 |
| Undetermined Monetary Claims | $7,000 | $7,700 |
| Nonmonetary Claims | $3,250 | $2,500 |
| Collective Action Claims | $3,250 | $2,500 |
| Deficient Claim Filing Fee | $500 | |
| Additional Party Fees | If there are more than two separately represented parties in the arbitration, an additional 10% of each fee contained in these fee schedules will be charged for each additional separately represented party.  However, Additional Party Fees will not exceed 50% of the base fees contained in these fee schedules unless there are more than 10 separately represented parties. *See below for additional details.* | |

- The **Initial Filing Fee** is payable in full by a filing party when a claim, counterclaim, or additional claim is filed.

- The **Final Fee** will be incurred for all cases that proceed to their first hearing and is payable in advance at the time the first hearing is scheduled.

- **Fee Modifications:** Fees are subject to increase if the claim or counterclaim is increased after the initial filing date. Fees are subject to decrease if the claim or counterclaim decreases prior to the first hearing.

- **Cases with Three or More Arbitrators** are subject to a minimum Initial Filing Fee of $4,000 and a Final Fee of $3,500.

**Refunds—Standard Fee Schedule:**

**Initial Filing Fees:** Subject to a $500 minimum non-refundable Initial Filing Fee for all cases, refunds of Initial Filing Fees for settled or withdrawn cases will be calculated from the date the AAA receives the demand for arbitration as follows:

- within 5 calendar days of filing—100%
- between 6 and 30 calendar days of filing—50%
- between 31 and 60 calendar days of filing—25%

However, *no refunds will be made once:*

- any arbitrator has been appointed (including one arbitrator on a three-arbitrator panel).
- an award has been rendered.

**Final Fees:** If a case is settled or withdrawn prior to the first hearing taking place, all Final Fees paid will be refunded. However, if the AAA is not notified of a cancellation at least 24 hours before a scheduled hearing date, the Final fee will remain due and will not be refunded.

The Flexible Fee Schedule begins on the next page.

Flexible Fee Schedule

| Amount of Claim | Initial Filing Fee | Proceed Fee | Final Fee |
|---|---|---|---|
| Up to $75,000 | Only available for claims above $150,000 | | |
| >$75,000 to $150,000 | | | |
| >$150,000 to $300,000 | $1,650 | $1,700 | $2,000 |
| >$300,000 to $500,000 | $2,000 | $3,000 | $3,500 |
| >$500,000 to $1,000,000 | $2,500 | $4,300 | $6,200 |
| >$1,000,000 to $10,000,000 | $3,500 | $5,700 | $7,700 |
| >$10,000,000 | $5,000 | $9,000 plus .01% of the claim amount above $10,000,000 up to $65,000 | $12,500 |
| Undetermined Monetary Claims | $3,500 | $5,700 | $7,700 |
| Nonmonetary Claims | $2,000 | $2,250 | $2,500 |
| Collective Action Claims | $2,000 | $2,250 | $2,500 |
| Deficient Filing Fee | $500 | | |
| Additional Party Fees | If there are more than two separately represented parties in the arbitration, an additional 10% of each fee contained in these fee schedules will be charged for each additional separately represented party. However, Additional Party Fees will not exceed 50% of the base fees contained in these fee schedules unless there are more than 10 separately represented parties. *See below for additional details.* | | |

- The **Initial Filing Fee** is payable in full by a filing party when a claim, counterclaim, or additional claim is filed.

- The **Proceed Fee** must be paid within 90 days of the filing of the demand for arbitration or a counterclaim before the AAA will proceed with the further administration of the arbitration, including the arbitrator appointment process.

  - If a Proceed Fee is not submitted within 90 days of the filing of the Claimant's Demand for Arbitration, the AAA will administratively close the file and notify all parties.

  - If the Flexible Fee Schedule is being used for the filing of a counterclaim, the counterclaim will not be presented to the arbitrator until the Proceed Fee is paid.

- The **Final Fee** will be incurred for all cases that proceed to their first hearing and is payable in advance at the time the first hearing is scheduled.

- **Fee Modifications:** Fees are subject to increase if the claim or counterclaim is increased after the initial filing date. Fees are subject to decrease if the claim or counterclaim decreases prior to the first hearing.

- **Cases with Three or More Arbitrators** are subject to a minimum Initial Filing Fee of $2,000, a $3,000 Proceed Fee and a Final Fee of $3,500.

### Refunds—Flexible Fee Schedule:

Under the Flexible Fee Schedule, Filing Fees and Proceed Fees are **_non-refundable_** once incurred.

**Final Fees:** If a case is settled or withdrawn prior to the first hearing taking place, all Final Fees paid will be refunded. However, if the AAA is not notified of a cancellation at least 24 hours before a scheduled hearing date, the Final fee will remain due and will not be refunded.

Additional Fees Applicable to the Standard Fee and Flexible Fee Schedules

**Additional Party Fees:** Additional Party Fees will be charged as described above, and in addition:

- Additional Party Fees are payable by the party, whether a claimant or respondent, that names the additional parties to the arbitration.

- Such fees shall not exceed 50% of the base fees in the fee schedule, except that the AAA reserves the right to assess additional fees where there are more than 10 separately represented parties.

- An example of the Additional Party Fee is as follows: A single claimant represented by one attorney brings an arbitration against three separate respondents, however both respondents are represented by the same attorney. No Additional Party Fees are due. However, if the respondents are represented by different attorneys, or if one of the respondents is self-represented and the other is represented by an attorney, an additional 10% of the Initial Filing fee is charged to the claimant. If the case moves to the Proceed Fee stage or the Final Fee stage, an additional 10% of those fees will also be charged to the claimant.

**Incomplete or Deficient Filings:** Where the applicable arbitration agreement does not reference the AAA, the AAA will attempt to obtain the agreement of the all parties to have the arbitration administered by the AAA.

- Where the AAA is unable to obtain the parties' agreement to have the AAA administer the arbitration, the AAA will not proceed further and will administratively close the case. The AAA will also return the filing fees to the filing party, less the amount specified in the fee schedule above for deficient filings.
- Parties that file Demands for Arbitration that are incomplete or otherwise do not meet the filing requirements contained in the rules shall also be charged the amount specified above for deficient filings if they fail or are unable to respond to the AAA's request to correct the deficiency.

**Arbitrations in Abeyance:** Cases held in abeyance by mutual agreement for one year will be assessed an annual abeyance fee of $500, to be split equally among the parties. If a party refuses to pay the assessed fee, the other party or parties may pay the entire fee on behalf of all parties, otherwise the arbitration will be administratively closed. All filing requirements, including the payment of filing fees, must be met before a matter will be placed in abeyance.

**Fees for Additional Services:** The AAA reserves the right to assess additional administrative fees for services performed by the AAA that go beyond those provided for in the AAA's rules, but which are required as a result of the parties' agreement or stipulation.

**Hearing Room Rentals:** The fees described above do not cover the cost of hearing rooms, which are available on a rental basis. Check with the AAA for availability and rates.

Expenses

All expenses of the arbitrator, including required travel and other expenses, and any AAA expenses, as well as the costs relating to proof and witnesses produced at the direction of the arbitrator, shall be borne equally by the parties.

For Disputes Proceeding Under the Supplementary Rules for Class Action Arbitration ("Supplementary Rules"):

The AAA's Administered Fee Schedule, as listed in Section 11 of the Supplementary Rules for Class Action Arbitration, shall apply to disputes proceeding under the Supplementary Rules.

© 2016 American Arbitration Association, Inc. All rights reserved. These Rules are the copyrighted property of the American Arbitration Association (AAA) and are intended to be used in conjunction with the AAA's administrative services. Any unauthorized use or modification of these Rules may violate copyright laws and other applicable laws. Please contact 800.778.7879 or websitemail@adr.org for additional information.

## Regional Vice Presidents and Directors

**States:** Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania, West Virginia
Kenneth Egger
Vice President
Phone: 215.731.2281
Email: EggerK@adr.org

**States:** Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, Oregon, Utah, Washington, Wyoming
John English
Vice President
Phone: 619.239.3051
Email: EnglishJ@adr.org

**States:** Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Tennessee, Wisconsin
Jan Holdinski
Vice President
Phone: 248.352.5509
Email: HoldinskiJ@adr.org

**States:** Connecticut, Maine, Massachusetts, New Hampshire, New York, Vermont
Ann Lesser, Esq.
Vice President
Phone: 212.484.4084
Email: LesserA@adr.org

**States:** Alabama, Arkansas, Florida, Georgia, Mississippi, North Carolina, South Carolina, Virginia
Charles Dorsey
Director
Phone: 866.686.6024
Email: DorseyC@adr.org

**States:** Rhode Island
Heather Santo
Director
Phone: 866.293.4053
Email: SantoH@adr.org

**States:** Louisiana, New Mexico, Oklahoma, Texas
Patrick Tatum
Vice President
Phone: 559.490.1905
Email: TatumP@adr.org

## Case Management Directors

Charles Dorsey
Director
Phone: 866.686.6024
Email: DorseyC@adr.org
**Administers cases in FL, GA**

Heather Santo
Director
Phone: 866.293.4053
Email: SantoH@adr.org
**Administers cases in AL, CT, DE, DC, IN, KY, ME, MD, MA, MI, NH, NJ, NY, NC, OH, PA, RI, SC, TN, VT, VA, WV**

Patrick Tatum
Vice President
Phone: 559.490.1905
Email: TatumP@adr.org
**Administers cases in AK, AZ, AR, CA, CO, HI, ID, IL, IA, KS, LA, MN, MS, MO, MT, NE, NV, NM, ND, OK, OR, SD, TX, UT, WA, WI, WY**



# EXHIBIT E



INTERNATIONAL CENTRE
FOR DISPUTE RESOLUTION®

AMERICAN
ARBITRATION
ASSOCIATION®

1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
Telephone: (856) 435-6401

June 22, 2016

Patricio T. D. Barrera, Esq.
Barrera & Associates
1500 Rosecrans Avenue
Suite 500
Manhattan Beach, CA 90266
Via Email to: barrera@baattorneys.com

Timothy M. Rusche, Esq.
Seyfarth Shaw LLP
333 South Hope Street
Suite 3900
Los Angeles, CA 90071
Via Email to: trusche@seyfarth.com

Case Number: 01-16-0001-8143

Christopher Sophinos
-vs-
Quadriga Worldwide, Ltd.
Quadriga Americas

Dear Parties:

On May 19, 2016 and June 3, 2016, claimant and respondent were notified that the filing requirements for the above matter have not been met. The filing deficiency has not been cured. Accordingly, we have administratively closed our file without prejudice.

In the future should you decide to resubmit this matter, please provide all the requisite information along with the appropriate filing fee.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

Please email employmentfiling@adr.org if you have any questions, including questions about AAA's filing requirements.

Sincerely,

Employment Filing Team
employmentfiling@adr.org
Tel (856) 679-4602
Fax (877) 304-8457