UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-1273-MWF(MRWx)**                                Date: **November 4, 2016**

Title:        Christopher Sophinos -v- Quadriga Worldwide, Ltd., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
                None                                                                                None

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

On April 27, 2016, this Court issued an Order [18] wherein counsel were ordered to file a joint status report with the Court every 90 days, until the matter was resolved. A joint report was due October 27, 2016, and has not been filed.

Plaintiff is ordered to file the joint report, and show cause in writing, no later than **November 10, 2016**, as to why this action should not be dismissed for failure to comply with this Court's order. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. *Failure to respond to the Order to Show Cause will result in the dismissal of this action.*

**IT IS SO ORDERED.**